UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cr-00364-MOC-DSC-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CLARENCE ANTWAINE ADAMS,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's *pro se* Motion for Appointment of Counsel, in which he asks for this Court to appoint counsel to assist him in filing a motion for compassionate release. (#34).

Defendant's motion to appoint counsel is denied, as he has no constitutional right to counsel in assisting him with filing a post-conviction motion to vacate. See Pennsylvania v. Finley, 481 U.S. 551, 554 (1987); Hunt v. Nuth, 57 F.3d 1327, 1340 (4th Cir. 1995). He is welcome to submit his own *pro se* motion for compassionate release.

### ORDER

**IT IS, THEREFORE, ORDERED** that defendant's *pro se* Motion for Appointment of Counsel (#34) is **DENIED**.

Signed: June 1, 2021



Max O. Cogburn Jr.
United States District Judge

1