UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cr-364-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) |
| | ) **ORDER** |
| CLARENCE ANTWAINE ADAMS, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Compassionate Release/Sentence Reduction. (Doc. No. 52).

Defendant appears to seek relief under an amendment to the sentencing guidelines that is not yet effective. Specifically, Defendant seeks relief under Amendment 821. Because Amendment 821 has not taken effect, Defendant's motion is premature. This Court, therefore, **DISMISSES** without prejudice Defendant's motion to reduce sentence. (Doc. No. 52). Defendant may refile the motion after Amendment 821 goes into effect.

Signed: October 18, 2023

Max O. Cogburn Jr
United States District Judge